IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 3:21-CR-00039-CAR-CHW |
| | : |
| ALBERT ROSS | : |
| RICHARD CORNELIUS | : |
| ERIC MORGAN | : |
| LONNIE BENNETT | : |
| BRANDON PAYNE | : |
| BERNARD WILCOX | : |
| TAMICHAEL DARDEN | : |
| MILLER SUTTON | : |
| REGINALD BATTLE SR. | : |
| HAFEZ ABDULLAHI | : |
| DANNY SIMS | : |
| QUINTAVIOUS CLARK | : |
| COREY MITCHELL | : |
| | : |
| **Defendant** | : |

### ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 3:21-CR-39, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:21-CR-39, be unsealed.

SO ORDERED, this __18th__ day of November, 2021.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA